**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:**

BENEDICT PIERRE-LOUIS,

        Plaintiff,

v.

CC SOLUTIONS, LLC A/K/A CCS LLC,
DINO AVDIC,

        Defendants.

_____/

## **COMPLAINT**
### *{Jury Trial Demanded}*

Plaintiff, BENEDICT PIERRE-LOUIS, brings this action against Defendants, CC SOLUTIONS, LLC A/K/A CCS LLC and DINO AVDIC, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and alleges as follows:

1.      Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2.      At all times material hereto, Plaintiff BENEDICT PIERRE-LOUIS was a resident of the State of Florida and an "employee" of Defendants as defined by the FLSA.

3.      At all times material hereto, Plaintiff engaged in interstate commerce on a regular and recurring basis within the meaning of the FLSA through interstate communication.

4.      At all times material hereto, Defendant, CC SOLUTIONS, LLC A/K/A CCS LLC, was a foreign profit corporation with engaged in business in South Florida, engaged in commerce in the field of cable installation services contracted by Comcast, at all times material hereto was the "employer" of Plaintiff as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

5.      Defendant, DINO AVDIC, is a resident of Jefferson County, Florida and was, and now is, the managing agent, director and owner of Defendant, CC SOLUTIONS, LLC A/K/A CCS LLC; said Defendant acted and acts directly in the interests of Defendant, CC SOLUTIONS, LLC A/K/A CCS LLC, in relation to said co-Defendant's employees. Defendant effectively dominates CC SOLUTIONS, LLC A/K/A CCS LLC administratively acts on behalf of the corporation relative to its employees and had the authority to direct and control the work of others including Plaintiff. Thus, DINO AVDIC was and is an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d).

6.      Defendant DINO AVDIC was responsible for paying Plaintiff and signing Plaintiff's paycheck.

7.      Plaintiff was employed by Defendants as a field tech cable installer.

8.      Defendants failed to pay Plaintiff the full and proper overtime wages of 1.5 times Plaintiff's regular hourly rate for all hours worked over 40 each week.

9.      Defendants failed to pay Plaintiff the full and proper minimum wages.

10.     Defendants failed to pay Plaintiff for approximately his last three weeks of employment.

11.     Attached as Exhibit A is a preliminary calculation of Plaintiff's damages. These amounts may change as Plaintiff engages in the discovery process.

12.     Defendants have knowingly and willfully refused to pay Plaintiff his legally-entitled wages by failing to pay his proper overtime wages, minimum wages, and last three weeks of work.

13.     Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

14.     Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")
## ALL DEFENDANTS

15.     Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-14 above as if set forth herein in full.

16.     Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) unpaid minimum wages; (ii) time-and-a-half overtime pay, and (iii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

17.     Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email:  ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esquire
Bar No.: 74791